# Knowles *v.* Henderson.

*Assumpsit.*

(Decided Jan. 18, 1906, 39 So. Rep. 1027.)

APPEAL from Crenshaw Circuit Court.
Heard before Hon. J. C. RICHARDSON.

J. F. JONES and M. W. RUSHTON, for appellant.

POWELL & HAMILTON, for appellee.

PER CURIAM.   Dismissed by order of parties.

---

# Killingsworth, *et al. v.* Kelley & Co.

*Assumpsit.*

(Decided Dec. 21, 1905, 39 So. Rep. 1027.)

APPEAL from Fayette Circuit Court.
Heard before Hon. S. H. SPROTT.

No counsel marked for either party.

HARALSON, J.—This cause is affirmed on certificate.

All the justices concur.

---

# Ned *v.* The State.

*Crime.*

(Decided Dec. 21, 1905, 39 So. Rep. 1028.)

APPEAL from Mobile City Court.
Heard before Hon. O. J. SEMMES.

No counsel marked for appellant.

MASSEY WILSON, Attorney General for the State.

Affirmed.

Opinion by TYSON, J.

HARALSON, SIMPSON & DENSON, JJ., concur.